**IT IS ORDERED as set forth below:**

**Date: July 24, 2014**

_____

**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ELSIE LOUISE FOSTER**, | ) | CASE NO. **14-56323** - MHM |
| | ) | |
| Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| | ) | |
| ELSIE LOUISE FOSTER, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| WELLS FARGO HOME MORTGAGE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ALLOWING JUNIOR LIEN AS UNSECURED CLAIM**

On May 27, 2014, Debtor filed a *Motion to Value Collateral and Modify Rights of Wells Fargo Home Mortgage Pursuant to 11 U.S.C. §506 and §1322*, seeking to strip the lien held by Wells Fargo Home Mortgage ("Junior Lender") (Doc. No. 16) ("Motion"). An Order and Notice regarding the Motion was entered June 17, 2014 (Doc. No. 20) ("Notice"). Debtor contends that Wells Fargo Home Mortgage's claim is completely unsecured because no value exists in the residential real property of Debtor located at 2977 Kings Gate Circle, Unit D, Snellville, Gwinnett County, Georgia 30078 (the "Property") to which its junior lien

can attach. Therefore, Wells Fargo Home Mortgage's claim is unsecured and its lien may be deemed *void* upon entry of Debtor's discharge or completion of Debtor's plan pursuant to 11 U.S.C. Sections 506(d) and 1322(b)(2). *See In Re Tanner,* 217 F. 3d 1357 (11th Cir. 2000); *In Re Tran*, 431 B.R. 230, 235 (Bankr. N.D. Cal. 2010); *In Re Felicien*, Case No. 11-50587-MHM (Doc. No. 46) (Bankr. N.D. Ga., October 11, 2011); *In Re Jennings,* 454 B.R. 252 (Bankr. N.D. Ga. 2011) (J. Mullins). Debtor and the record show that the holder of the first priority lien, Ocwen Loan Servicing, LLC, claims a secured debt in the amount of $63,285.59, which amount exceeds the value of the Property, $31,800.00. Therefore, it is appropriate to value the lien of Wells Fargo Home Mortgage, Junior Lender at zero for purposes of confirmation of Debtor's Chapter 13 plan and to classify and treat its claim as a general unsecured claim. Wells Fargo Home Mortgage, Junior Lender failed to oppose the Motion in writing, so that, pursuant to the Notice, its lack of opposition and for good cause shown, it is hereby

**ORDERED** that the claim of Wells Fargo Home Mortgage, Junior Lender is *disallowed* as secured, *allowed* as unsecured, and shall be treated accordingly under Debtor's Plan. Upon completion of Debtor's Chapter 13 plan, Debtor may seek by motion in this case an order avoiding the Wells Fargo Home Mortgage lien. It is further

**ORDERED** that, should this chapter 13 case be dismissed, the lien of Wells Fargo Home Mortgage shall not be affected by this Order.

[END OF DOCUMENT]

Prepared by:

_____/s/_____
Teresa R. Stephens
Georgia Bar No. 679464
Berry & Associates
2751 Buford Highway, Suite 400
Atlanta, Georgia 30324
telephone: 404-235-3300
fax: 404-235-3333
email: *tstephens@mattberry.com*
**Attorney for Debtor**

DISTRIBUTION LIST

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, Georgia 30303

Elsie Louise Foster
29677 Kings Gate Circle
Unit D
Snellville, Georgia 30078

Wells Fargo
John G. Stumpf, Chief Executive Officer
420 Montgomery Street
San Francisco, California 94104

Corporation Service Company
Registered Agent for Wells Fargo
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

Wells Fargo Home Mortgage
1200 W. 7th Street
Suite 12-200
Los Angeles, California 90017

Ocwen Loan Servicing, LLC
PO Box 6440
Carol Stream, Illinois 60197

Ocwen Loan Servicing, LLC
Care of: John D. Schlotter
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 14-56323-mhm
Elsie Louise Foster                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: malave              Page 1 of 1              Date Rcvd: Jul 24, 2014
                              Form ID: pdf637           Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2014.
db          +Elsie Louise Foster,   2977 Kings Gate,   Circle, D,   Snellville, GA 30078-6456
aty         +P. Nicholas Johnson,   Berry & Associates,   Suite 400,   2751 Buford Highway,
              Atlanta, GA 30324-5456
            +Corporation Service Company,   Registered Agent for Wells Fargo,   Suite 300,
              40 Technology Parkway South,   Norcross, GA 30092-2924
cr          +OCWEN LOAN SERVICING, LLC,   Aldridge Connors LLP,   Fifteen Piedmont Center,
              3575 Piedmont Rd NE Ste 500,   Atlanta, GA 30305-1636
            +Ocwen Loan Servicing, LLC,   PO Box 6440,   Carol Stream, IL 60197-6440
            +Wells Fargo,   John G. Stumpf, Chief Executive Officer,   420 Montgomery Street,
              San Francisco, CA 94104-1298
18021278    +Wells Fargo Home Mortgage,   1200 W. 7th Street Ste l2-200,   Los Angeles, CA 90017-6402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bnc@13trusteeatlanta.com Jul 24 2014 20:27:37     Adam M. Goodman,
              Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
          Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
          Celeste  Cornwell    on behalf of Debtor Elsie Louise Foster ccornwell@mattberry.com
          John D. Schlotter    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ecfmail@aclawllp.com
          Matthew Thomas Berry    on behalf of Debtor Elsie Louise Foster E-Notice@mattberry.com
          P. Nicholas Johnson    on behalf of Debtor Elsie Louise Foster njohnson@mattberry.com,
           E-Notice@mattberry.com
          Ronald A. Levine    on behalf of Creditor    Nissan Motor Acceptance Corporation info@lbslaw.net
          Susan H. Shiptenko    on behalf of Debtor Elsie Louise Foster E-Notice@mattberry.com
          Teresa R. Stephens    on behalf of Debtor Elsie Louise Foster E-Notice@mattberry.com
                                                                                             TOTAL: 8
```